Michael C. Van, Esq.
Nevada Bar No. 3876
Elizabeth R. DeFlyer, Esq.
Nevada Bar No. #10021
Robert A. Ryan, Esq.
Nevada Bar No. 12084
**SHUMWAY VAN & HANSEN CHTD.**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Ph: (702) 478-7770
Fx: (702) 478-7779
*E-mail: michael@shumwayvan.com*
     *elizabeth@shumwayvan.com*
       *rob@shumwayvan.com*

*Attorneys for Appellant*
*C & S Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>C & S COMPANY, INC.,<br><br>Appellant,<br><br>vs.<br><br>MERCHANTS BONDING COMPANY and FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Appellees. | Bankruptcy No. 08-22706-mkn<br>[Chapter 11]<br><br><br>District Court Case No.<br>2:12-cv-01761-JCM-GWF<br><br><br>Appeal Reference No. 12-47 |

### **STIPULATION AND ORDER VOLUNTARILY DISMISSING APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant, C&S Company, Inc. and Appellees, Merchants Bonding Company and the Federal Deposit Insurance Corporation, hereby move the Court for an order dismissing the above-captioned appeal.

1

The Parties have agreed that each side shall bear its own costs and fees related to the appeal.

AGREED to this 21st day of November, 2012.

| SHUMWAY VAN & HANSEN | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| */s/ Michael C. Van* | */s/ Robert J. Berens* |
| Michael C. Van, Esq. #3876 | Robert J. Berens, Esq. #9510 |
| Elizabeth R. DeFlyer, Esq. #10021 | Phoenix Plaza Tower II |
| Robert A. Ryan, Esq. #12084 | 2929 North Central Avenue, Suite 1700 |
| 8985 South Eastern Avenue, Suite 100 | Phoenix, Arizona 85012-2761 |
| Las Vegas, Nevada 89123 | Telephone: (602) 385-1040 |
| Telephone: (702) 478-7770 | Facsimile: (602) 385-1051 |
| Facsimile: (702) 478-7779 | *Attorneys for Appellee* |
| *Attorneys for Appellant* | *Merchants Bonding Company* |

**HOLLAND & HART**

*/s/ Lars K. Evensen*
Lars K. Evensen, Esq. #8061
9555 South Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
*Attorneys for Appellee FDIC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 27, 2012